**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **Linda Guzzo,** | : | |
| **Plaintiff** | : | 3:21CV0254(VDO)(SDV) |
| v. | : | |
| **Connecticut State Colleges and Universities** | : | |
| **Defendant** | : | December 3, 2024 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Linda Guzzo, and Defendants, Connecticut State Colleges and Universities ("CSCU") and Robert Steinmetz, G. Duncan Harris and Diane Bordonaro, in their official capacities, through counsel, hereby stipulate to a dismissal with prejudice of the above-captioned matter as to the Defendants, without any award of attorney's fees or costs to any party.

                        RESPECTFULLY SUBMITTED,
                        PLAINTIFF,
                        LINDA GUZZO

By:   */s/ Peter Goselin*
       Peter Goselin
       The Law Office of Peter Goselin
       P.O. Box 331313
       Hartford, CT  060133
       Tel: (860) 580-9675
       Email: pdgoselin@gmail.com
       Federal Bar #ct06074

                DEFENDANTS,
                CONNECTICUT STATE COLLEGES
                AND UNIVERSITIES,
                ROB STEINMETZ, DIANE
                BORDONARO, G. DUNCAN HARRIS
                (OFFICIAL CAPACITIES)
                WILLIAM TONG
                ATTORNEY GENERAL

By:   /s/ Carolyn Ennis
       Carolyn Ennis
       Assistant Attorney General
       Employment Rights Department
       165 Capitol Avenue, Suite 5000
       Hartford, CT  06106
       Tel: (860) 808-5340
       Fax.: (860) 808-5383
       Federal Bar No. ct28790
       Email:  Carolyn.Ennis@ct.gov

## CERTIFICATION

      I hereby certify that on December 3, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

      _/ s /   Peter Goselin_